**Order entered January 22, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00923-CV

### CURTIS MAYS, Appellant

### V.

### PIPER HUNN, TRISHA MOORE AND
### RED DOG PROPERTIES, LLC, Appellees

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-04535-C**

## ORDER

Before the Court is appellant's January 9, 2020 second motion requesting summary reversal and supporting brief. We **DENY** the motion.

We note that despite two orders directing the reporter's record be filed, court reporter Janet E. Wright has not filed the record. By letter dated January 10, 2020, she states the reporter's record has not been requested. However, as noted in the Court's November 6, 2019 order directing Ms. Wright to file the record, appellant filed a letter October 28, 2019 explaining he had not requested the reporter's record because he thought the Court had requested it. That letter constituted a request for the reporter's record. Accordingly, we again **ORDER** Ms. Wright to file the reporter's record. The record shall be filed no later than February 3, 2020.

We **RESET** the deadline for appellant to file any amended brief to February 18, 2020 and appellees' deadline to file their brief(s) to March 19, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Wright and the parties.


/s/     KEN MOLBERG
           JUSTICE